UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROUMANN CONSULTING INC.,
    Plaintiff,

v.                Case No. 17-C-1407

T.V. JOHN & SON, INC.,
    Defendant.

## ORDER FOLLOWING SCHEDULING CONFERENCE

On December 27, 2017, the court held a scheduling conference in accordance with Fed. R. Civ. P. 16 and Civil L. R. 16(a) (E.D. Wis.).

**IT IS ORDERED** that:

1. The parties shall comply with Fed. R. Civ. P. 26(a)(1) concerning initial disclosures on or before **January 12, 2018**.

2. The deadline to join additional parties and amend pleadings is **February 8, 2018**.

3. The plaintiff shall disclose any expert witnesses consistent with Rule 26(a)(2) on or before **April 5, 2018**. The defendant shall disclose any expert witnesses consistent with Rule 26(a)(2) on or before **July 4, 2018**. Rebuttal expert disclosures and reports are due **September 4, 2018**.

4.   a.   All requests for discovery shall be served by a date sufficiently early so that all discovery in this case can be completed no later than **October 5, 2018**.

    b.   Any discovery motions brought pursuant to Rules 26 through 37 of the Federal Rules of Civil Procedure must comply with Civil L. R. 37, by including

1

a written certification by the movant that, after the movant in good faith has conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action, the parties are unable to reach an accord. The statement must recite the date and time of the conference or conferences and the names of all parties participating in the conference or conferences.

    c.    All discovery motions and non-dispositive pretrial motions must be filed pursuant to Civil L. R. 7(h), unless the court otherwise permits. The motion must not exceed three pages in length. No separate memorandum may be filed with the motion, and any supporting affidavit allowed by Civil L. R. 7(h) must not exceed two pages. An opposing memorandum, which must not exceed three pages in length, may be filed within seven days of service of the motion. The court will notify the parties of the date and time for a hearing on the motion, if the court deems it necessary.

5.    a.    The defendant shall file and serve its dispositive motion on or before **November 7, 2018**. The plaintiff shall then have **thirty days** to file a combined response and cross-motion for summary judgment. The defendant shall then have **thirty days** to file a combined response to the plaintiff's motion and reply brief in support of its own motion. The plaintiff shall then have **15 days** to file a reply in support of its own motion.

    b.    All summary judgment motions and briefing thereon must comply with Civil L. R. 7 and 56(b). Any summary judgment motion filed against a pro se litigant must comply with Civil L. R. 56(a).

6.    The court expects counsel to confer and make a good faith effort to settle the case.

The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the court.

2
Case 2:17-cv-01407-LA   Filed 12/27/17   Page 2 of 3   Document 9

**SO ORDERED** at Milwaukee, Wisconsin, this 27th day of December, 2017.

        /s Lynn Adelman
        LYNN ADELMAN
        District Judge