# **EXHIBIT 1**

| From: | Troy Anderson <tranders@menard-inc.com> |
|---|---|
| Sent: | 6/6/2016 11:56:19 AM -0500 |
| To: | Tim Nelson <tim@tvjohn.com> |
| Subject: | FW: Signs, (450), New Task, From : jthieme@storageexpress.com - false statements by Ron R. |
| Attachments: | 4676_001.pdf |

Tim

<u>THIS IS UNACCEPTABLE</u> to a neighbor that Menards has to continue to reside next to for years to come. Your company is responsible for making sure the businesses around our site have proper access and maintain the signage needed to get new and existing customers to their site.

**I expect a formal response and be copied on the response back to Tom at Storage Express due to Ron's actions here.**

Also, I have attached a trespass notice pertaining to Ron Rousse that is for ALL Menards locations. This notice is indefinite and will not be revoked.

Thank you,
Troy Anderson
General Manager
Store Planning/Design/Construction
Menard, Inc.
P: 715-876-2226  F: 715-876-5992

**From:** Brian Hilderman
**Sent:** Monday, June 06, 2016 10:40 AM
**To:** Troy Anderson
**Subject:** FW: Signs, (450), New Task, From : jthieme@storageexpress.com - false statements by Ron R.

Troy:

FYI, Ron is putting false statements to our neighbors.

Thanks,

Brian Hilderman

Construction Project Manager

Store Planning/Design/Construction

Menard, Inc.

Office 715-876-2131

Cell    715-577-9003

**From:** Ron Rousse [mailto:rrousse@tvjohn.com]
**Sent:** Friday, June 03, 2016 5:39 PM
**To:** Tom Clark
**Cc:** Josh Uhlman; Brian Hilderman; Jaye Thieme
**Subject:** RE: Signs, (450), New Task, From : jthieme@storageexpress.com

Do not worry Tom Menard's owes us $200,000 and they do not care either. Good times dealing with Crooks like Brian Hilderman.

*Sent from my Verizon Wireless 4G LTE DROID*

On Jun 3, 2016 5:59 PM, Tom Clark <tomc@storageexpress.com> wrote:

Thanks for putting our sign back up every other day, Jaye!

It would be nice if anyone up front cared about our customers and our business.

Tom

**From:** eTRACKER Update [No-Reply@eTRACKERLLC.com]
**Sent:** Friday, June 03, 2016 4:01 PM
**To:** Jerry Collins; Kyle Gilpin; Tom Clark; Jaye Thieme
**Subject:** Signs, (450), New Task, From : jthieme@storageexpress.com

The following task request was added.

| | |
|---|---|
| **Request # :** | <br>800896 |
| **Task Categroy :** | Property Maintenance |
| **Task Item :** | Signs |
| **Site :** | 450 -- (IN-PP) Indianapolis - Pendleton Pike |
| **Unit :** | |
| **Status :** | Completed |
| **Requested Date :** | 06/03/2016 |
| **Requested By :** | Jaye Thieme |
| **Completed Date :** | 06/03/2016 |
| **Completed By :** | Jaye Thieme |
| **Duration :** | < 1 Hour |

TVJ082126

| Notes : | 06/03/2016 4:05:48 PM EST [JAT] -- ** Photo(1) ** |
| --- | --- |
| | 06/03/2016 3:53:20 PM EST [JAT] -- ** Photo(1) ** |
| | 06/03/2016 4:05:48 PM EST [JAT] -- reinstalled<br>06/03/2016 3:53:20 PM EST [JAT] -- sign at entrance road and 42nd needs to be reinstalled |

6/3/2016 4:05:48 PM EST [Jaye Thieme] : reinstalled

6/3/2016 3:53:20 PM EST [Jaye Thieme] : sign at entrance road and 42nd needs to be reinstalled

**CONFIDENTIALITY NOTICE**
This communication constitutes an electronic communication within the meaning of the Electronic Privacy Act, 18 U.S.C. Section 2510, et. seq. Disclosure of this communication is strictly limited to the intended recipient. This communication and its contents and attachments, if any, are confidential and may contain information that is privileged or otherwise exempt from disclosure under applicable law. Receipt by any person or entity other than the intended recipient does not constitute waiver or loss of the confidential or privileged nature of this communication. Any review, dissemination, copying, resubmission, transfer, or distribution in any form by any person or entity other than the intended recipient is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete any and all copies of this communication and any attachments. Failure to abide by these provisions will result in legal and equitable action taken against you, as identified in 18 U.S.C. Sections 2520-21.

# TRESPASS NOTICE

Date: 6/3/16          Time: _____          Location: _____

TO:   Name: Ron Rousse _____ DOB: _____

     Address: 5201 N. 124th St. _____

     City: Butler _____ State: WI ____ Zip: 53007

     Phone: (586) 295-2287 ____ Police Complaint No.: _____

     Weight: _____ Height: _____ Eyes: _____ Hair: _____

     Photograph Taken: Yes _____  No: _____

THIS IS NOTICE TO YOU THAT ALL LOCATIONS OF _____ MENARDS _____ HEREBY REVOKES AND WITHDRAWS ANY PERMISSION OR LICENSE WHICH MAY HERETOFORE HAVE TO ENTER ITS BUILDING AND PARKING LOT. ACCORDINGLY, YOU NO LONGER HAVE ANY PERMISSION OR RIGHT TO ENTER ANY SUCH PROPERTY. ANY ENTRY BY YOU HEREAFTER ONTO ANY SUCH PROPERTY SHALL CONSTITUTE A TRESPASS BY YOU AND SHALL BE REPORTED AS SUCH TO APPROPRIATE LAW ENFORCEMENT OFFICIALS, OR YOU WILL BE ARRESTED WITHOUT WARRANT AND BE DELIVERED TO A PEACE OFFICER WHO WILL CONDUCT YOU TO THE NEAREST MAGISTRATE TO BE DEALT WITH ACCORDING TO THE LAW. IN THIS CONNECTION, WE CALL TO YOUR ATTENTION THAT UNDER ILLINOIS LAW, A WILLFUL TRESPASS CONSTITUTES A MISDEMEANOR, (PROVISION OF ILLINOIS STATUTE CHAPTER 720 § 5/21-3)

**THIS TRESPASS NOTICE IS IN EFFECT INDEFINITELY.**

Notice Served By: Troy Anderson _____

Company Name: Menard, Inc. _____

Summary: _____

_____

_____

_____

Revised 9/14/05

TVJ082128