# **EXHIBIT 2**

| | |
|---|---|
| **From:** | "Troy Anderson" <tranders@menard-inc.com> |
| **Sent:** | 7/16/2016 10:53:41 AM -0500 |
| **To:** | Tim Nelson <tim@tvjohn.com> |
| **Subject:** | Fwd: Re: Fwd: RE: MEN INS Pictures & Daily Report 160715 |

Tim

This type of response is exactly why I fired Ron from menards projects. Completely inappropriate. I do not expect any further correspondence from your employee to me or any of my team. If there is I will take this as a breach of contract and take action as such. No threats, I am just tired of the banter when I ask a simple question. Call if you would like to discuss.

Troy


-------- Original message --------
From: Ron Rousse <rrousse@tvjohn.com>
Date: 07/16/2016 5:10 AM (GMT-06:00)
To: Troy Anderson <tranders@menard-inc.com>
Subject: Fwd: Re: Fwd: RE: MEN INS Pictures & Daily Report 160715

See below response. Thanks,

*Sent from my Verizon Wireless 4G LTE DROID*
---------- Forwarded message ----------
From: Ron Rousse <rrousse@tvjohn.com>
Date: Jul 16, 2016 6:11 AM
Subject: Re: Fwd: RE: MEN INS Pictures & Daily Report 160715
To: Chad Johnson <chad.johnson@tvjohn.com>,tranders@menard.inc.com
Cc: Josh Uhlman <juhlman@tvjohn.com>,Tim Nelson <tim@tvjohn.com>,scollett@menard-inc.com,bhilderm@menard-inc.com

Troy,

Who delayed paving for two weeks because your PM was trying to get is paved out of sequence? You did? Extremely difficult to schedule a project when you have an owner who does not listen and you are trying to force us to provide a shit product. Yes Troy you think I am an asshole but you are impossible to work with either because you do not understand construction or you love drama. We had two major rain events this week in Indy? Did you check the weather, well over 2-3" of rain. You do not pave on saturated base. But of course if you just picked up the phone rather than sending a stupid email you would know this.

So in summary you delay the paving for two weeks, finally get the racking slab up by Tuesday morning. We pull the fence, sawcut and final grade in between rain events (Wednesday - Friday). Please explain why you issued a 7 day notice to everyone when the delay was on you explicitly.

In conclusion the paving will be done this week.

TVJ082258

Thanks Troy, I know this is going to hurt your feelings but we need to respond legally and per contract. In the end you threw me off or tried to throw me off your jobs for your mistakes and my defense of TVJ. Look at the big picture and ask how you would react if you were in my shoes (McConnell/Demo/COP delays and non-communication). Time to man up and admit to your errors, rather than deflect and say I am difficult to work with. You had ill intent and we responded and documented accordingly. We still have several issues and bc's you have not responded to date. Please get these resolved. Scott likely already forwarded.

Have a great weekend Troy,

*Sent from my Verizon Wireless 4G LTE DROID*
On Jul 16, 2016 5:22 AM, Chad Johnson <chad.johnson@tvjohn.com> wrote:
See below.

*Thank you,*
*Chad R. Johnson*
*PROJECT MANAGER*
*T.V. JOHN & SON, INC.*
*A Division of*
*Your Partner For Building Success*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*5201 North 124th Street : Butler, WI 53007*
*C 586.298.9635  F 262.781.9406*
TVJOHN.COM

*Sent from my Verizon Wireless 4G LTE DROID*
---------- Forwarded message ----------
From: Troy Anderson <tranders@menard-inc.com>
Date: Jul 16, 2016 1:04 AM
Subject: RE: MEN INS Pictures & Daily Report 160715
To: Chad Johnson <chad.johnson@tvjohn.com>,Brian Hilderman <bhilderm@menard-inc.com>
Cc: Jim Carlson <jcarlson@menard-inc.com>,Tim Nelson <tim@tvjohn.com>

> Chad
>
> Paving was to be going down by this week. This was our discussion and your guarantee after the 7 day notice was issued. I expect to see paving going down by Monday.
>
> Troy
>
>
>
> -------- Original message --------
> From: Chad Johnson <chad.johnson@tvjohn.com>
> Date: 07/15/2016 9:02 PM (GMT-06:00)
> To: Brian Hilderman <bhilderm@menard-inc.com>
> Cc: Jim Carlson <jcarlson@menard-inc.com>, Troy Anderson <tranders@menard-

TVJ082259

inc.com>, Tim Nelson <tim@tvjohn.com>, Ron Rousse <rrousse@tvjohn.com>
Subject: Fwd: MEN INS Pictures & Daily Report 160715

Brian,
Find the daily report and photos for 07/15/16 attached for your review.

*Thank you,*
*Chad R. Johnson*
*PROJECT MANAGER*
*T.V. JOHN & SON, INC.*
*A Division of*
*Your Partner For Building Success*
*- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -*
*5201 North 124th Street : Butler, WI 53007*
*C 586.298.9635  F 262.781.9406*
*TVJOHN.COM*

*Sent from my Verizon Wireless 4G LTE DROID*
---------- Forwarded message ----------
From: Josh Uhlman <juhlman@tvjohn.com>
Date: Jul 15, 2016 9:27 PM
Subject: MEN INS Pictures & Daily Report 160715
To: Chad Johnson <chad.johnson@tvjohn.com>,Ron Rousse <rrousse@tvjohn.com>
Cc: Tim Nelson <tim@tvjohn.com>,Roger Miller II <rmiller@tvjohn.com>,Helen Miller <helen@tvjohn.com>

See attached pictures and daily report

Josh Uhlman
Site Superintendent

T.V. JOHN & SON, INC.
A Division of
Your Partner For Building Success
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
5201 North 124th Street : Butler, WI 53007
C 262.490.2653 F 262.781.9406
juhlman@tvjohn.com

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

---

**CONFIDENTIALITY NOTICE**
This communication constitutes an electronic communication within the meaning of the Electronic Privacy Act, 18 U.S.C. Section 2510, et. seq. Disclosure of this communication is strictly limited to the intended recipient. This communication and

its contents and attachments, if any, are confidential and may contain information that is privileged or otherwise exempt from disclosure under applicable law. Receipt by any person or entity other than the intended recipient does not constitute waiver or loss of the confidential or privileged nature of this communication. Any review, dissemination, copying, resubmission, transfer, or distribution in any form by any person or entity other than the intended recipient is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete any and all copies of this communication and any attachments. Failure to abide by these provisions will result in legal and equitable action taken against you, as identified in 18 U.S.C. Sections 2520-21.

TVJ082261