UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ROUMANN CONSULTING INC., and
RONALD ROUSSE,

    Plaintiffs,

v.                           Case No. 17-CV-1407

T.V. JOHN & SON, INC., and
THE KROGER CO.,

    Defendants.

---

## SUPPLEMENTAL AFFIDAVIT OF SCOTT R. HALLOIN

---

STATE OF WISCONSIN    )
                                  ) ss
MILWAUKEE COUNTY     )

    I, Scott R. Halloin, being first duly sworn on oath, depose and state as follows:

    1.    I am one of the attorneys of record for the Plaintiffs in the above-captioned action.

    2.    Attached hereto as Exhibit F are true and correct copies of the cited portions of the August 30, 2018 deposition transcript of Edward Manning.

    3.    Attached hereto as Exhibit G are true and correct copies of the cited portions of the December 13, 2018 Rule 30(b)(6) deposition transcript of T.V. John.

    4.    Attached hereto as Exhibit H are true and correct copies of the cited portions of the January 17, 2019 deposition transcript of Ronald Rousse.

5. As counsel for Plaintiffs, I have reviewed the documents produced by the Plaintiffs in response to T.V. John & Son, Inc.'s discovery requests. In total, Plaintiffs have produced roughly 71,460 pages of documents.

6. Attached hereto as Exhibit I are true and correct copies of the cited portions of the September 4, 2018 deposition transcript of Timothy Nelson.

7. Attached hereto as Exhibit J are true and correct copies of the cited portions of the December 12, 2018 deposition transcript of Sonya Simon.

8. Attached hereto as Exhibit K are true and correct copies of the cited portions of the September 27, 2018 deposition transcript of Jennifer Nissen.

9. Attached hereto as Exhibit L are true and correct copies of the cited portions of the March 27, 2019 deposition of Thomas Bachman.

10. Attached hereto as Exhibit M are the Federal Rule of Civil Procedure 26 disclosures that T.V. John filed in this lawsuit on January 12, 2018.

11. Attached hereto as Exhibit N is a true and correct copy of Attorney Oettinger's May 9, 2018 letter.

12. Attached hereto as Exhibit O is a true and correct copy of Attorney Oettinger's March 30, 2018 letter.

13. Attached hereto as Exhibit P is a true and correct copy of the cited portions of the April 23, 2019 deposition transcript of Dean Handrow.

14. Attached hereto as Exhibit Q is Plaintiffs' Deposition Exhibit 134 as marked during the April 23, 2019 deposition of Dean Handrow.

FURTHER AFFIANT SAYETH NAUGHT.

                                                                          s/ Scott R. Halloin
                                                                          Scott R. Halloin

Signed and sworn to before me
This 8th day of May, 2019

s/ Kimberly Finnigan
Notary Public, State of Wisconsin

My commission expires <u>December 4, 2020</u>.