

Writer: James J. Irvine, Esq.
Writer's Direct Dial: 414-732-2424
Writer's Email: jirvine@halloinlawgroup.com

July 31, 2019

**VIA CM/ECF AND U.S. MAIL**

Honorable Lynn S. Adelman
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

    RE:    **Roumann Consulting Inc., and Ronald Rousse v. T.V. John & Son, Inc., and The Kroger Co.
Eastern District of Wisconsin Case No. 17-CV-1407**

Dear Judge Adelman:

    We are writing to request a brief telephonic conference to discuss T.V. John's July 29, 2019 motion for summary judgment. (DN 79.) As the Court is aware, on March 18, 2019, T.V. John already filed one motion for summary judgment. (DN 59.) That motion is fully briefed and awaiting a decision, as is Roumann Consulting's own motion.

    Earlier this week, T.V. John filed its second motion for summary judgment, and in its memorandum of law, stated that the majority of its second motion need not be heard at all if its first motion is decided in its favor. (DN 80 ("If T.V. John's cross-motion is granted, there will be no need to address this motion. . . .").) T.V. John did not seek leave of Court before filing a second motion, even though such a step is the preferred practice. *See, e.g., Roper Whitney of Rockford, Inc. v. TAAG Mach. Co.*, No. 99 C 50032, 2002 WL 425925, *1 (N.D. Ill. Mar. 18, 2002) ("[T]his court disapproves of filing multiple motions for summary judgment.").

839 North Jefferson Street, Suite 503  Milwaukee, Wisconsin 53202  p 414-732-2424  f 414-732-2422  www.halloinlawgroup.com

   Given the memorandum's length (32 pages), the number of proposed facts (108), the contingent nature of the motion, and the repetition between this motion and the prior motion, we request a telephonic conference to discuss T.V. John's second motion for summary judgment. Thank you.

            Very truly yours,

            s/ James J. Irvine

            James J. Irvine


JJI/SRH/kmf
cc:   Andrew S. Oettinger, Esq. (via CM/ECF)
     Christie B. Carrino, Esq. (via CM/ECF)
S:\Clients\Roumann Consulting and Ron Rousse\Correspondence 17-CV-1407\Adelman Letter 12.doc