UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROUMANN CONSULTING INC., and
RONALD ROUSSE,

Case No. 17-CV-1407

    Plaintiffs,

v.

T.V. JOHN & SON, INC., and
THE KROGER CO., ,

    Defendants.

## ORDER

Based upon the stipulation by the parties, IT IS HEREBY ORDERED that:

- Defendant T.V. John & Son, Inc.'s reply in support of its July 29, 2019 motion for summary judgment shall be filed on or before **October 21, 2019**.

October 2, 2019

                                        <u>S/ LYNN ADELMAN</u>
                                        BY THE COURT:

21257991.1