UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ROUMANN CONSULTING INC., and
RONALD ROUSSE,

   Plaintiffs,

  v.               Case No. 17-CV-1407

T.V. JOHN & SON, INC., and
THE KROGER CO.,

   Defendants.

---

## PLAINTIFFS ROUMANN CONSULTING INC. AND RONALD ROUSSE'S MOTION FOR RECONSIDERATION OF DECISION ON SUMMARY JUDGMENT

---

  Plaintiffs Roumann Consulting Inc. and Ronald Rousse, by their attorneys, Halloin Law Group, S.C., pursuant to Federal Rules of Civil Procedure 7 and 54(b), and Civil Local Rule 7(a), move the Court for reconsideration of its January 23, 2020 summary judgment decision and order (DN 105). The grounds for this motion are set forth in the accompanying brief.

  Dated February 13, 2020.

                HALLOIN LAW GROUP, S.C.
                Attorneys for Plaintiffs Roumann
                Consulting Inc. and Ronald Rousse

                s/ Scott R. Halloin
                Scott R. Halloin
                State Bar No. 1024669
                James J. Irvine
                State Bar No. 1088726

HALLOIN LAW GROUP, S.C.
839 North Jefferson Street
Suite 503
Milwaukee, Wisconsin 53202
p 414-732-2424
f  414-732-2422
shalloin@halloinlawgroup.com
jirvine@halloinlawgroup.com