

Writer: Scott R. Halloin, Esq.
Writer's Direct Dial: 414-732-2411
Writer's Email: shalloin@halloinlawgroup.com

April 14, 2020

**VIA U.S. MAIL AND ELECTRONIC FILING**

Honorable Lynn S. Adelman
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

    **RE:**  **Roumann Consulting Inc., and Ronald Rousse v. T.V. John & Son, Inc., and The Kroger Co.**
          **Eastern District of Wisconsin Case No. 17-CV-1407**

          **Roumann Consulting Inc. and Ronald Rousse v. Symbiont Construction, Inc., et al.**
          **Eastern District of Wisconsin Case Number 18-CV-1551**

Dear Judge Adelman:

    I am writing to notify the Court that the parties will not be able to complete mediation for the two above-referenced cases prior to the scheduled April 20, 2020 status conference due to scheduling difficulties arising from the COVID-19 pandemic.

    The parties are presently discussing mediating with Kevin Lyons, Esq., on or about June 10, 2020. This date has been reserved. Accordingly, we request that the status conference for these two cases be re-scheduled at a date and time during the third or fourth week of June 2020. Thank you for your attention to this matter.

                                    Very truly yours,

                                    s/ Scott R. Halloin

                                    Scott R. Halloin

839 North Jefferson Street, Suite 503   Milwaukee, Wisconsin 53202   p 414-732-2424   f 414-732-2422   www.halloinlawgroup.com

Honorable Lynn S. Adelman
United States District Court
April 14, 2020
Page 2

SRH/JJI/kmf
cc:       Andrew S. Oettinger, Esq. (via Email w/o enclosures)
           Christie B. Carrino, Esq. (via Email w/o enclosures)