# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ROUMANN CONSULTING INC and
RONALD ROUSSE,**
         **Plaintiffs,**

    v.                                        Case No. 17-CV-1407

**T V JOHN & SON INC,**
         **Defendant.**

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding         Date: 11/09/2022
Time Commenced: 9:30 a.m.           Concluded: 9:45 a.m.
Deputy Clerk: MJA                     Court Reporter:

APPEARANCES:

Plaintiffs: Scott Halloin

Defendant: Andrew Oettinger

Nature of Conference: Telephonic Status Conference

Notes:

- Possibility of settlement discussed. Plaintiffs express interest in mediation with Judge Adelman, which he will do only if all parties consent. Other possibilities include private mediator and mediation with a magistrate judge.
- Parties intend to discuss mediation during/after mediation with 7th Circuit in related case, and after defendants finalize their view of remaining commissions owed, which they expect to do within a few weeks.
- Telephonic status conference set for January 4, 2023, at 10:00 a.m. If the parties agree to an approach to mediation before then, they may file a letter with the court outlining their proposal.