

# GODFREY KAHN S.C.

833 EAST MICHIGAN STREET • SUITE 1800
MILWAUKEE, WISCONSIN 53202-5615

TEL • 414.273.3500   FAX • 414.273.5198

WWW • GKLAW.COM

Direct: 414-287-9618
aoettinger@gklaw.com

January 3, 2023

**VIA ELECTRONIC FILING**

The Honorable Lynn E. Adelman
U.S. District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI  53202

      Re:    *Roumann Consulting, Inc. v. T.V. John & Son, Inc.*
              Case No. 17-cv-01407
              January 4, 2023 Status Conference

Dear Judge Adelman:

      We are writing on behalf of all parties to advise that the parties are currently mediating this matter as a part of the Seventh Circuit Court of Appeals' mediation program, in connection with related case number 18-cv-1551.

      Accordingly, the parties jointly request to adjourn the status conference and further proceedings in this matter for approximately 30 days.

      Thank you for your consideration.

                                Best regards,

                                GODFREY & KAHN, S.C.

                              *s/Andrew S. Oettinger*

                              Andrew S. Oettinger
                              Attorney

28564998.1

OFFICES IN MILWAUKEE, MADISON, GREEN BAY, APPLETON, AND EAU CLAIRE, WISCONSIN AND WASHINGTON, D.C.
GODFREY & KAHN, S.C. IS A MEMBER OF TERRALEX,® A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS.

Case 2:17-cv-01407-LA   Filed 01/03/23   Page 1 of 1   Document 125