# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ROUMANN CONSULTING INC and**
**RONALD ROUSSE,**
        **Plaintiffs,**

    v.                                                                                          Case No. 17-CV-1407

**T V JOHN & SON INC,**
        **Defendant.**

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding        Date: 02/09/2023
Time Commenced: 10:00 a.m.        Concluded: 10:05 a.m.
Deputy Clerk: MJA        Court Reporter:

APPEARANCES:

Plaintiffs: Scott Halloin

Defendant: Andrew Oettinger

Nature of Conference: Telephonic Status Conference

Notes:

- Parties report that they continue mediation efforts in the Seventh Circuit and request a further status conference in mid-March.
- As an administrative matter, plaintiff's motion to exclude non-disclosed expert testimony (ECF No. 16) is **DENIED WITHOUT PREJUDICE**. The motion may be renewed, if necessary, when pretrial litigation resumes.
- Telephonic status conference set for March 16, 2023 at 9:45 a.m.