# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

ROUMANN CONSULTING INC and
RONALD ROUSSE,
        Plaintiffs,

v.                                                   Case No. 17-CV-1407

T V JOHN & SON INC,
        Defendant.

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding        Date: 06/30/2023
Time Commenced: 10:30 a.m.          Concluded: 10:45 a.m.
Deputy Clerk: MJA                         Court Reporter:

APPEARANCES:

Plaintiffs: Scott Halloin

Defendant: Andrew Oettinger

Nature of Conference: Telephonic Status Conference

Notes:

- Parties report that mediation was unsuccessful
- After discussion about remaining disputes, court sets briefing schedule on motion to determine as of what date damages should be calculated.
- Plaintiffs' brief due within 18 days. Defendants shall have 2 weeks to respond, and then plaintiffs shall have 1 week to reply.