

Writer: Scott R. Halloin, Esq.
Writer's Direct Dial: 414-732-2411
Writer's Email: shalloin@halloinlawgroup.com

August 16, 2024

VIA ELECTRONIC FILING

Honorable Lynn S. Adelman
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

> RE: Roumann Consulting Inc., and Ronald Rousse v. T.V. John & Son, Inc., and The Kroger Co.
> Eastern District of Wisconsin Case No. 17-CV-1407

Dear Judge Adelman:

We have received Mr. Oettinger's request for an emergency hearing. We thought the Court would benefit from either an identification of the items Mr. Oettinger is objecting to and the actual exhibits.

There is only one new expert report on the amended exhibit list—Exhibit 148. Exhibit 148 is the new expert report of Mr. Kuhn which was filed on July 29, 2024. (the subject of the motion denied today).

Exhibits 142, 145, 146, 147 and 151 are document summaries which contain totals from Defendants' own exhibits that are going to be put into evidence. The supporting defense exhibit is noted for each piece of information. They are not expert opinions. These documents will be used with fact witnesses to expediate the trial given the cumbersome nature, length, and number of the relevant exhibits.

Exhibit 149 and 150 simply repeat information from Mr. Minnich's and Mr. VanderBloemen's earlier reports and delete entries that relate to claims that were dismissed on summary judgment. Mr. Oettinger agreed earlier this week that this should be done by both sides. Exhibits 149 and 150 are not adding opinions—they are removing them.

Exhibit 151 is a summary exhibit, which again identifies the supporting underlying exhibits. It was submitted in anticipation of the Court's allowing Mr. Kuhn's July 25, 2024 amendment of his opinion. The Court issued its decision allowing Mr. Kuhn's revised opinion today. Exhibit 151 is not an expert report.

Exhibit 152 is a second updated of Mr. VanderBloemen's damage analysis based on Mr. Kuhn's July 25, 2024 opinion. This was also submitted in anticipation of the potential denial of Plaintiffs' motion to preclude Mr. Kuhn's new opinions.

None of these opinions contain classic opinion testimony. Instead, they simply revise the original opinions based on the data provided by Mr. Kuhn. Exhibits 151 and 152 exclusively respond to Mr. Kuhn's report.

Not filed with the Court are Exhibits 143 and 144, which are learned treatises that will be used in cross of Mr. Kuhn and perhaps other witnesses relating to the method Mr. Kuhn employed in his July 25, 2024 report.

Very truly yours,

*s/ Scott R. Halloin*

Scott R. Halloin


SRH/kmn
Enclosures: Listed above.
cc: Andrew S. Oettinger, Esq. (via Email via E Filing)
   Christie B. Carrino, Esq. (via Email E Filing)