## Summary of Date Commissions Were Payable By Project

**KEY:** X denotes the commission spreadsheet started at 100% or went from 0% to 100%

| Job Name | Job No. | Date Commission Spreadsheet Reflects Job Is Over 50% Completed | Source Document | Date Commission Spreadsheet Reflects Job Is 100% Complete | Source Document | Notes |
|---|---|---|---|---|---|---|
| MEN-DAY | 11MEN-001 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| MEN-CHE | 12MEN-002 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| MEN-SPR | 12MEN-005 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| MEN-CED | 12MEN-008 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| MEN-STP | 12MEN-012 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| MEN-LIV | 12MEN-016 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| MEN-CHY | 12MEN-018 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| MEN-EVE | 12MEN-019 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| MEN-MAN | 12MEN-021 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| KRO ROC | 13KROG-003 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| MEN-CHE Pond | 13MEN-WAR (CHES) | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| KRO FAM | 14KROG-007 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| KRO STE | 14KROG-017 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| MEN-JAM | 14MEN-001 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| KRO SAN | 15KROG-002 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| KRO ROS | 15KROG-003 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| KRO ROS FIRE | 15KROG-003F | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| KRO ROC RAIL | 15KROG-003P | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| KRO WL | 15KROG-006 | 9/30/2017 | Ex. 69 | 12/8/2017 | Ex. 70 | Project became eligible for monthly commissions on 9/30/2017 and final commission was due on 12/8/2017. |
| KRO STE FC | 15KROG-007 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| KRO FIS | 15KROG-018 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| KRO FIS MISC | 15KROG-018P | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| KRO FRA | 15KROG-022 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| KRO BOW FIRE | 15KROG-025F | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| KRO BOW | 15KROG-25 | 9/30/2017 | Ex. 69 | 4/4/2018 | Ex. 71 | Project became eligible for monthly commissions on 9/30/2017 and final commission was due on 4/4/2018. |
| Indy South | 15MEN-001 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| Indy East | 15MEN-003 | 9/30/2017 | Ex. 69 | 9/30/2018 | Ex. 73 | Project became eligible for monthly commissions on 9/30/2017 and final commission was due on 9/30/2018. |
| B-SHOPS PH1 | 16GEN-064 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| KRO IND | 16KROG-006 | 9/30/2017 | Ex. 69 | 10/31/2018 | Ex. 74, p.1 | Project became eligible for monthly commissions on 9/30/2017 and final commission was due on 10/31/2018. |
| KRO JEF | 16KROG-010 | 4/4/2018 | Ex. 71 | 5/27/2020 | Ex. 77, p.1 | Project became eligible for monthly commissions on 4/4/2018 and final commission was due on 5/27/2020. |
| KRO FLU FC | 16KROG-015 | 4/4/2018 | Ex. 71 | 9/30/2018 | Ex. 73, p.1 | Project became eligible for monthly commissions on 4/4/2018 and final commission was due on 9/30/2018. |
| KRO APP | 16KROG-019 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| KRO WLAF | 16KROG-021 | 4/4/2018 | Ex. 71 | 7/26/2021 | Ex. 79, p.3 | Project became eligible for monthly commissions on 4/4/2018 and final commission was due on 7/26/2021. **Note this went down from 100% to 96.91% on 9/30/2020, then back up to 100% on 7/26/2021 |
| KRO FRA CLST | 17KROG-001 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| GRAFTON ECR | 17KROG-004 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| MEQUON ECR | 17KROG-005 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| MKE ECR | 17KROG-007 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| GLENDALE ECR | 17KROG-008 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| SHOREWOOD ECR | 17KROG-009 | X | X | 9/30/2017 | Ex. 69 | Project was elligible for commission upon termination on 8/21/17. |
| KRO MUN | 17KROG-035 | 9/30/2018 | Ex. 73, p.2 | 5/27/2020 | Ex. 77, p.1 | Project became eligible for monthly commissions on 9/30/2018 and final commission was due on 5/27/2020. |
| TFM ROS 217 | 17TFM-002 | X | X | 12/8/2017 | Ex. 70 | Commission on this project was due 12/8/2017. |
| TFM DUN 043 | 17TFM-003 | X | X | 12/8/2017 | Ex. 70 | Commission on this project was due 12/8/2017. |

| Project | ID | Col3 | Col4 | Date1 | Ex1 | Notes |
|---|---|---|---|---|---|---|
| TFM ASH 003 | 17TFM-005 | X | X | 12/8/2017 | Ex. 70 | Commission on this project was due 12/8/2017. |
| TFM ATH 155 | 17TFM-006 | X | X | 12/8/2017 | Ex. 70 | Commission on this project was due 12/8/2017. |
| TFM PVB 025 | 17TFM-007 | X | X | 12/8/2017 | Ex. 70 | Commission on this project was due 12/8/2017. |
| TFM MAN 026 | 17TFM-008 | X | X | 12/8/2017 | Ex. 70 | Commission on this project was due 12/8/2017. |
| TFM ASH 189 | 17TFM-009 | X | X | 12/8/2017 | Ex. 70 | Commission on this project was due 12/8/2017. |
| TFM SUW 068 | 17TFM-010 | X | X | 12/8/2017 | Ex. 70 | Commission on this project was due 12/8/2017. |
| TFM PTC 128 | 17TFM-011 | X | X | 12/8/2017 | Ex. 70 | Commission on this project was due 12/8/2017. |
| TFM UP 103 | 17TFM-012 | X | X | 4/4/2018 | Ex. 71 | Commission on this project was due 4/4/2018. |
| TFM WEL 073 | 17TFM-013 | X | X | 4/4/2018 | Ex. 71 | Commission on this project was due 4/4/2018. |
| TFM VB 115 | 17TFM-014 | X | X | 4/4/2018 | Ex. 71 | Commission on this project was due 4/4/2018. |
| KRO SAN Repair | 18KROG-006 | X | X | 10/31/2018 | Ex. 74, p.1 | Commission on this project was due 10/31/2018. |
| MEN WH BURLGTN | 18MEN-002 | 12/31/2018 | Ex. 75, p.2 | 5/27/2020 | Ex. 77, p.2 | Project became eligible for monthly commissions on 12/31/2018 and final commission was due on 5/27/2020. |
| MEN WH Racine | 18MEN-001 | 5/27/2020 | Ex. 77, p.3 | 9/30/2020 | Ex. 78, p.2 | Project became eligible for monthly commissions on 5/27/2020 and final commission was due on 9/30/2020. |
| MEN WH CHE | 18MEN-016 | 5/27/2020 | Ex. 77, p.3 | 9/30/2020 | Ex. 78, p.2 | Project became eligible for monthly commissions on 5/27/2020 and final commission was due on 9/30/2020. |
| MEN RAC II | 18MEN-023 | 5/27/2020 | Ex. 77, p.3 | 9/30/2020 | Ex. 78, p.2 | Project became eligible for monthly commissions on 5/27/2020 and final commission was due on 9/30/2020. |