Summary of Employment Agreement Menards Projects Where Commission Was Calculated Using Improper Overhead

| Project Name | Job Number | Amount Received from Client (Trial Ex. 81) | Costs Charged to Client (Trial Ex. 81) | Per Job Cost Detail Reports: | | | | Total of Referenced Cost Codes | 30% of Total | Exhibits |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Cost Code 1115 | Cost Code 1415 | Cost Code 1443 | Cost Code 9999 | | | |
| MEN-DAY | 11MEN-001 | $ 4,462,767.30 | $ 4,257,156.94 | $ 10,251.00 | $ 2,053.00 | $ 22,018.00 | $ 101,261.00 | $ 135,583.00 | $ 40,674.90 | Trial Exs. 9, 10 |
| MEN-CHE | 12MEN-002 | $ 6,004,802.67 | $ 5,921,462.20 | $ 13,837.00 | $ 1,377.00 | $ 19,808.00 | $ 49,097.00 | $ 84,119.00 | $ 25,235.70 | Trial Exs. 11, 12 |
| MEN-SPR | 12MEN-005 | $ 7,226,681.28 | $ 7,133,806.11 | $ 16,970.00 | $ 1,335.00 | $ 24,397.00 | $ 48,859.00 | $ 91,561.00 | $ 27,468.30 | Trial Exs. 13, 14 |
| MEN-CED | 12MEN-008 | $ 2,827,607.92 | $ 2,781,149.40 | $ 7,281.00 | $ 815.00 | $ 17,854.00 | $ 57,212.00 | $ 83,162.00 | $ 24,948.60 | Trial Exs. 15, 16 |
| MEN-STP | 12MEN-012 | $ 4,675,155.17 | $ 4,424,308.72 | $ 11,297.00 | $ 999.00 | $ 21,488.00 | $ 119,709.00 | $ 153,493.00 | $ 46,047.90 | Trial Exs. 17, 18 |
| MEN-LIV | 12MEN-016 | $ 6,411,764.65 | $ 6,376,379.20 | $ 12,774.00 | $ 1,203.00 | $ 22,126.00 | $ 30,616.00 | $ 66,719.00 | $ 20,015.70 | Trial Exs. 19, 20 |
| MEN-CHY | 12MEN-018 | $ 3,901,746.18 | $ 3,674,397.73 | $ 10,932.00 | $ 1,759.00 | $ 19,431.00 | $ 116,590.00 | $ 148,712.00 | $ 44,613.60 | Trial Exs. 21, 22 |
| MEN-EVE | 12MEN-019 | $ 6,248,254.17 | $ 6,071,644.25 | $ 10,560.00 | $ 1,830.00 | $ 23,287.00 | $ 91,149.00 | $ 126,826.00 | $ 38,047.80 | Trial Exs. 23, 24 |
| | | | | | | | Subtotal to be Added Back: | $ 890,175.00 | $ 267,052.50 | |