**Summary of Additional Employment Agreement Projects Where Commission Was Calculated Using Improper Overhead**
(Discovered During Evaluation of Current Cost Accounting)

| Project Name | Job Number | Amount Received from Client (Trial Ex. 81) | Costs Charged to Client (Trial Ex. 81) | Per Job Cost Detail Reports: | | | | | Total of Referenced Cost Codes | 30% of Total | Exhibits |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Cost Code 1115 | Cost Code 1415 | Cost Code 1443 | Cost Code 1430 | Cost Code 9999 | | | |
| MEN-MAN | 12MEN-021 | $ 4,407,342.38 | $ 4,413,655.47 | $ 2,794.00 | $ 611.05 | $ 18,088.02 | $ - | $ 6,157.20 | $ 27,650.27 | $ 8,295.08 | Trial Ex. 1012 |
| KRO ROC | 13KROG-003 | $ 4,407,099.45 | $ 4,291,117.35 | $ 5,506.00 | $ 1,637.57 | $ 32,363.33 | $ 5,581.35 | $ 47,519.36 | $ 92,607.61 | $ 27,782.28 | Trial Ex. 1013 |
| KRO FAM | 14KROG-007 | $ 789,785.80 | $ 754,172.43 | $ 2,000.00 | $ 31.86 | $ 10,149.74 | $ 906.03 | $ 15,262.88 | $ 28,350.51 | $ 8,505.15 | Trial Ex. 1014 |
| KRO STE | 14KROG-017 | $ 4,217,718.47 | $ 4,025,121.07 | $ 3,076.00 | $ 6,302.71 | $ 4,056.57 | $ - | $ 82,541.74 | $ 95,977.02 | $ 28,793.11 | Trial Ex. 1015 |
| MEN-JAM | 14MEN-001 | $ 11,364,772.25 | $ 10,613,082.43 | $ 8,925.00 | $ 1,272.65 | $ 26,432.67 | $ 8,743.85 | $ 322,152.78 | $ 367,526.95 | $ 110,258.09 | Trial Ex. 1016 |
| | | | | | | | | **Subtotal to be Added Back:** | **$ 612,112.36** | **$ 183,633.71** | |