Summary of Fresh Market Double Counting of Overhead

| Project Name | Job Number | Amount Received from Client (Trial Ex. 81) | Costs Charged to Client (Trial Ex. 81) | Disputed Overhead Added Per Commission Spreadsheet (Trial Ex. 81) | Per Job Cost Detail: Phase 100 | Phase 102 | Total of Added Overhead and Phases | 30% of Total | Exhibit |
|---|---|---|---|---|---|---|---|---|---|
| TFM ROS 217 | 17TFM-002 | $ 76,708.00 | $ 64,516.81 | $ 7,000.00 | $12,699.01 | $ 5,224.80 | $ 24,923.81 | $ 7,477.14 | Trial Ex. 1042 |
| TFM DUN 043 | 17TFM-003 | $ 90,001.00 | $ 77,257.15 | $ 7,000.00 | $14,765.96 | $ 5,461.51 | $ 27,227.47 | $ 8,168.24 | Trial Ex. 1043 |
| TFM ASH 003 | 17TFM-004 | $ 91,341.00 | $ 84,306.24 | $ 7,000.00 | $23,177.34 | $ 3,014.90 | $ 33,192.24 | $ 9,957.67 | Trial Ex. 1044 |
| TFM ATH 155 | 17TFM-006 | $ 83,324.00 | $ 71,021.13 | $ 7,000.00 | $16,208.90 | $ 4,501.23 | $ 27,710.13 | $ 8,313.04 | Trial Ex. 1045 |
| TFM PVB 025 | 17TFM-007 | $ 86,666.00 | $ 76,757.15 | $ 7,000.00 | $16,566.28 | $ 4,246.72 | $ 27,813.00 | $ 8,343.90 | Trial Ex. 1046 |
| TFM MAN 026 | 17TFM-008 | $ 85,762.00 | $ 71,022.57 | $ 7,000.00 | $ 9,611.38 | $ 6,316.95 | $ 22,928.33 | $ 6,878.50 | Trial Ex. 1047 |
| TFM ASH 189 | 17TFM-009 | $ 71,951.00 | $ 62,783.85 | $ 7,000.00 | $18,973.07 | $ 3,928.78 | $ 29,901.85 | $ 8,970.56 | Trial Ex. 1048 |
| TFM SUW 068 | 17TFM-010 | $ 87,976.00 | $ 73,106.59 | $ 7,000.00 | $11,852.63 | $ 5,875.46 | $ 24,728.09 | $ 7,418.43 | Trial Ex. 1049 |
| TFM PTC 128 | 17TFM-011 | $ 75,918.00 | $ 63,521.13 | $ 5,000.00 | $13,298.19 | $ 5,312.94 | $ 23,611.13 | $ 7,083.34 | Trial Ex. 1050 |
| TFM UP 103 | 17TFM-012 | $ 111,820.22 | $ 103,213.68 | $ - | $26,155.16 | $ 3,688.52 | $ 29,843.68 | $ 8,953.10 | Trial Ex. 1051 |
| TFM WEL 073 | 17TFM-013 | $ 77,373.00 | $ 63,162.99 | $ - | $12,155.48 | $ 6,090.01 | $ 18,245.49 | $ 5,473.65 | Trial Ex. 1052 |
| TFM VB 115 | 17TFM-014 | $ 86,325.00 | $ 76,602.69 | $ - | $17,775.98 | $ 4,166.71 | $ 21,942.69 | $ 6,582.81 | Trial Ex. 1053 |
| | | | | | | Subtotal to be Added Back: | $ 312,067.91 | $93,620.37 | |