**The Minnich Group LLC**
Construction Consulting

July 25, 2024

**Scott R. Halloin, Esq.**
**Halloin Law Group, S.C.**
**839 North Jefferson Street, Suite 503**
**Milwaukee, Wisconsin 53202**

**Re: Roumann v. T.V. John**

As requested, I have revised my prior profit calculations to exclude profit erosion related to suspect project management skills. I added a "strike-through" at the removed line items and re-calculated a total of the remaining items in each reviewed project.

**Jeffersonville Project Profitability**
**Net Profit Calculation**

| | |
|---|---:|
| Profit per Cost Report Detail Excel 4/4/19 | $ 136,843 |
| Remove Roumann Commission from project cost | 66,874 |
| Remove MWH Legal Fees from project cost | 6,264 |
| Remove President Hours | 13,242 |
| Remove Admin/Assistant Hours | 17,935 |
| Restore Credits on Deductive Changes (1/4/18 CO List) | 38,624 |
| ~~Add CO amount for Steel Contractor replacement~~ | ~~95,000~~ |
| ~~Add CO amount for Masonry Contractor replacement~~ | ~~32,000~~ |
| ~~Add CO for Winter Conditions/Stone Base Issue~~ | ~~20,229~~ |
| ~~Add General Conditions CO identified during Start Delay~~ | ~~81,808~~ |
| ~~Remove GC costs during schedule overrun~~ | ~~54,011~~ |
| ~~Pending Replacement Contractor CO minus Steel/Masonry~~ | ~~277,289~~ |
| **Net Realized Profit** | **$279,782** |

**West Lafayette Project Profitability**
**Net Profit Calculation**

| | |
|---|---:|
| Profit per Cost Report Detail Excel 3/22/19 | $ 387,449 |
| Remove Roumann Commission from project cost | 244,073 |
| Remove MWH Legal Fees from project cost | 25,056 |
| Remove President Hours | 21,212 |
| Remove Admin/Assistant Hours | 23,219 |
| ~~Carpentry and Painting Subcontractor Mismanagement~~ | ~~209,524~~ |
| ~~Pending Change Orders – 23 pending approval~~ | ~~211,977~~ |
| **Net Realized Profit $** | **701,009** |

Case 2:17-cv-01407-LA     Filed 08/16/24     Page 1 of 2     Document 155-6
**Trial Exhibit 149 | Page 1 of 2**

**The Minnich Group LLC**
Construction Consulting

**Indianapolis Project Profitability**
**Net Profit Calculation**

| | | |
|---|---|---|
| Profit per Cost Report Detail Excel 3/22/19 | $ | 442,075 |
| Remove Roumann Commission from project cost | | 189,271 |
| Remove President Hours | | 7,908 |
| Remove Admin/Assistant Hours | | 16,160 |
| ~~Extended GC Change Order Adjustment~~ | | ~~90,872~~ |
| **Net Realized Profit** | **$** | **655,414** |

**Fuel Center - Flushing**
**Net Profit Calculation**

| | | |
|---|---|---|
| Profit per Cost Report Detail Excel 3/22/19 | $ | 91,996 |
| Remove Roumann Commission from project cost | | 19,604 |
| Remove President Hours | | 3,292 |
| **Net Realized Profit** | **$** | **114,892** |

**Comments:**

**Jefferson**
I did not remove item "Restore Credits on Deductive Changes" since that is an accounting error correction and not a project management issue.

**West Lafayette**
I removed the amount for "Pending Change Orders". I understood those items had been submitted at the time of my report but were still in progress and not yet approved. An updated change order log should be reviewed to determine commission on any changes approved after the date of the original reports.

My opinions are based on my experience, the evidence I reviewed, and information known at the time of this report. My opinions are to a reasonable degree of certainty. I reserve the opportunity to restate or amplify my positions if additional documents are received or other information becomes available.

George C. Minnich

Page 2 of 2

Case 2:17-cv-01407-LA    Filed 08/16/24    Page 2 of 2    Document 155-6
**Trial Exhibit 149 | Page 2 of 2**