# The VanderBloemen Group LLC

Exhibit 150 - SCV Updated Commission Summary plus Interest per Summary Judgement Decision and Exhibit 149

|  |  |  |  | A | B | C | D = A - B - C | J | E | F = D - E + J | Note 1<br>G | Note 2<br>H | I = F + G + H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | Job Detail Report |  | Computed Revenue - For Completed Projects = Amt Received from Client | Job Cost per TVJ Feb 19 Comm Sheet - INCLUDES PROJECT FEE | Est. Cost to Complete | Gross Profit | Project Fee Payout-included in Job Cost - UPDATED 4/3/19 | TVJ Overhead Adjustment - NOT IN JOB COST | TVJ Project Profit prior to commission | Add BACK TVJ Overhead Adjustment for FreshMarket | Add BACK Certain Costs on POST TERMINATION PROJECTS | Adjusted Gross Profit |
| TVG # per 2/13/18 & 4/5/18 Reports | TVJ 2/28/19 Commission Calc Order of Projects | Job # | Description |  |  |  |  |  |  |  |  |  |  |
| 21 | 1 | Job#11-MEN-001 | Menards - Dayton OH | 4,462,767 | 4,257,157 | - | 205,610 | 87,513 | - | 293,123 | - | - | 293,123 |
| 22 | 2 | Job#12-MEN-002 | Menards - Chesterfield, MI | 6,004,803 | 5,921,462 | - | 83,341 | 36,572 | - | 119,913 | - | - | 119,913 |
| 23 | 3 | Job#12-MEN-005 | Menards - Springfield, IL | 7,226,681 | 7,133,806 | - | 92,875 | 41,969 | - | 134,844 | - | - | 134,844 |
| 24 | 4 | Job#12-MEN-008 | Menards - Cedar Falls, IA | 2,827,608 | 2,781,149 | - | 46,459 | 34,966 | - | 81,425 | - | - | 81,425 |
| 25 | 5 | Job#12-MEN-012 | Menards - St. Peters, MO | 4,675,155 | 4,424,309 | - | 250,846 | 107,506 | - | 358,352 | - | - | 358,352 |
| 28 | 6 | Job#12-MEN-016 | Menards - Livonia, MI | 6,411,765 | 6,376,379 | - | 35,386 | 20,264 | - | 55,650 | - | - | 55,650 |
| 26 | 7 | Job#12-MEN-018 | Menards - Cheyenne, WY | 3,901,746 | 3,674,398 | - | 227,348 | 100,620 | - | 327,968 | - | - | 327,968 |
| 27 | 8 | Job#12-MEN-019 | Menards - Evendale, OH | 6,248,254 | 6,071,644 | - | 176,610 | 76,031 | - | 252,641 | - | - | 252,641 |
| 29 | 9 | Job#12-MEN-021 | Menards - Manchester, MO | 4,407,342 | 4,413,655 | - | (6,313) | 1,157 | - | (5,156) | - | - | (5,156) |
| 32 | 10 | Job#13-KROG-003 | Kroger - Rochester, MI | 4,407,099 | 4,291,117 | - | 115,982 | 47,519 | - | 163,501 | - | - | 163,501 |
| 33 | 11 | Job#14-KROG-007 | Kroger - Farmington, MI | 789,786 | 754,172 | - | 35,614 | 15,263 | - | 50,877 | - | - | 50,877 |
| 34 | 12 | Job#14-KROG-017 | Kroger - Sterling Heights, MI | 4,217,718 | 4,025,121 | - | 192,597 | 82,542 | - | 275,139 | - | - | 275,139 |
| 31 | 13 | Job#14-MEN-001 | Menards - Jamestown, ND | 11,364,772 | 10,613,082 | - | 751,690 | 322,153 | - | 1,073,843 | - | - | 1,073,843 |
| 36 | 14 | Job#15-KRO-003F | Kroger - Roseville, MI Fire | 88,701 | 77,925 | - | 10,776 | 4,618 | (7,000) | 8,394 | - | - | 8,394 |
| 41 | 15 | Job#15-KRO-018P | Kroger - Fishers, IN misc | 35,791 | 36,666 | - | (875) | - | (7,000) | (7,875) | - | - | (7,875) |
| 42 | 16 | Job#15-KRO-025F | Kroger - Bowling Green Fire | 18,287 | 17,116 | - | 1,171 | 456 | (7,000) | (5,373) | - | - | (5,373) |
| 38 | 17 | Job#15-KROG-002 | Kroger - Sandusky, OH | 9,918,020 | 9,700,533 | - | 217,487 | 93,209 | (7,000) | 303,696 | - | - | 303,696 |
| 35 | 18 | Job#15-KROG-003 | Kroger - Roseville, MI | 9,270,360 | 8,932,701 | - | 337,659 | 144,711 | (7,000) | 475,370 | - | - | 475,370 |
| 2 | 19 | Job#15KROG-006 | Kroger - D-759 | 11,481,718 | 11,058,417 | - | 423,301 | 181,415 | (7,000) | 597,716 | - | - | 597,716 |
| 1 | 20 | Job#15KROG-007 | Kroger-D449FC-ST HTS Fuel CTR | 1,471,826 | 1,384,515 | - | 87,311 | 37,419 | (7,000) | 117,730 | - | - | 117,730 |
| 40 | 21 | Job#15-KROG-018 | Kroger - Fishers, IN | 11,802,262 | 11,401,134 | - | 401,128 | 171,965 | (7,000) | 566,093 | - | - | 566,093 |
| 39 | 22 | Job#15-KROG-022 | Kroger - Franklin, IN | 11,154,694 | 10,559,662 | - | 595,032 | 255,014 | (7,000) | 843,046 | - | - | 843,046 |
| 6 | 23 | Job#15KROG-025 | KROGER - N878 | 11,012,992 | 10,580,716 | - | 432,276 | 185,101 | (7,000) | 610,377 | - | - | 610,377 |
| 8 | 24 | Job#15MEN-001 | MENARDS - INDY SOUTH | 2,685,022 | 2,521,346 | - | 163,677 | 70,147 | (7,000) | 226,824 | - | - | 226,824 |
| 7 | 25 | Job#15MEN-003 | MENARDS - INDY EAST | 8,917,061 | 8,662,269 | - | 254,792 | 121,355 | (7,000) | 369,147 | - | - | 369,147 |
| 53 | 26 | *Job#16-GEN-064* | *Southport Raod B Shops* | *143,596* | *123,464* | - | *20,132* | *9,332* | (7,000) | *22,464* | - | - | *22,464* |
| 37 | 27 | Job#16-KRO-003P | Kroger - Rochester, MI Rail | 10,379 | 7,729 | - | 2,650 | - | (7,000) | (4,350) | - | - | (4,350) |
| 4 | 28 | Job#16KROG-006 | Kroger - IND J989 | 12,696,386 | 12,260,583 | - | 435,803 | 189,271 | (7,000) | 618,074 | - | 24,068 | 642,142 |
| 51 | 29 | *Job#16-KROG-015* | *Kroger - Flushing, MI fuel center* | *1,430,827* | *1,383,567* | - | *47,260* | *20,636* | (7,000) | *60,897* | - | *3,292* | *64,189* |
| 44 | 30 | Job#16-KROG-019 | Kroger - Appleton, WI | 206,532 | 181,669 | - | 24,862 | 10,661 | (7,000) | 28,523 | - | - | 28,523 |
| 45 | 31 | Job#17-KROG-001 | Kroger - KRO CLIST ADDIT Franklin, IN | 223,000 | 178,123 | - | 44,877 | 19,625 | (7,000) | 57,501 | - | - | 57,501 |
| 46 | 32 | Job#17-KROG-004 | Kroger - Grafton, WI | 70,528 | 53,358 | - | 17,170 | 7,359 | (7,000) | 17,529 | - | - | 17,529 |
| 47 | 33 | Job#17-KROG-005 | Kroger - Mequon, WI | 48,834 | 37,817 | - | 11,017 | 4,722 | (7,000) | 8,739 | - | - | 8,739 |
| 48 | 34 | Job#17-KROG-007 | Kroger - Milwaukee, WI | 44,749 | 32,936 | - | 11,813 | 5,063 | (7,000) | 9,876 | - | - | 9,876 |
| 49 | 35 | Job#17-KROG-008 | Kroger - Glendale, WI | 72,965 | 49,471 | - | 23,493 | 10,069 | (7,000) | 26,562 | - | - | 26,562 |
| 20 | 36 | Job#17KROG-009 | KRO-Roundys 893 | 73,769 | 50,162 | - | 23,607 | 10,117 | (7,000) | 26,724 | - | - | 26,724 |
| 19 | 37 | Job#17TFM-002 | *THE FRESH MARKET #217* | 76,708 | 64,517 | - | 12,191 | 5,225 | (7,000) | 10,416 | 7,000 | - | 17,416 |
| 11 | 38 | Job#17TFM-003 | *THE FRESH MARKET #043* | 90,001 | 77,257 | - | 12,744 | 5,462 | (7,000) | 11,206 | 7,000 | - | 18,206 |
| 50 | 39 | Job#17-TFM-004 | *The Fresh Market - Asheville, NC* | 91,341 | 84,306 | - | 7,035 | 3,015 | (7,000) | 3,050 | 7,000 | - | 10,050 |
| 17 | 40 | Job#17TFM-006 | *THE FRESH MARKET #155* | 83,324 | 72,821 | - | 10,503 | 4,501 | (7,000) | 8,004 | 7,000 | - | 15,004 |
| 9 | 41 | Job#17TFM-007 | *THE FRESH MARKET #025* | 86,666 | 76,757 | - | 9,909 | 4,247 | (7,000) | 7,156 | 7,000 | - | 14,156 |
| 10 | 42 | Job#17TFM-008 | *THE FRESH MARKET #026* | 85,762 | 71,023 | - | 14,739 | 6,317 | (7,000) | 14,056 | 7,000 | - | 21,056 |
| 18 | 43 | Job#17TFM-009 | *THE FRESH MARKET #189* | 71,951 | 62,784 | - | 9,167 | 3,929 | (7,000) | 6,096 | 7,000 | - | 13,096 |
| 12 | 44 | Job#17TFM-010 | *THE FRESH MARKET #068* | 87,976 | 74,267 | - | 13,709 | 5,875 | (7,000) | 12,584 | 7,000 | - | 19,584 |
| 16 | 45 | Job#17TFM-011 | *THE FRESH MARKET #128* | 75,918 | 63,521 | - | 12,397 | 5,313 | (5,000) | 12,710 | 5,000 | - | 17,710 |
| 14 | 46 | Job#17TFM-012 | *THE FRESH MARKET #103* | 111,820 | 103,214 | - | 8,606 | 3,689 |  | 12,295 | - | - | 12,295 |
| 13 | 47 | Job#17TFM-013 | *THE FRESH MARKET #073* | 77,373 | 63,163 | - | 14,210 | 6,090 |  | 20,300 | - | - | 20,300 |
| 15 | 48 | Job#17TFM-014 | *THE FRESH MARKET #115* | 86,325 | 76,603 | - | 9,722 | 4,167 |  | 13,889 | - | - | 13,889 |
| 54 | 49 | *Job#18-KROG-006* | *Sandusky Perkins Ave Repair* | *4,000* | *8,089* | - | *(4,089)* | - | (7,000) | *(11,089)* | 7,000 | - | *(4,089)* |
|  | 43 |  |  | - | - | - | - |  |  | - |  |  | - |
| **Completed Projects** |  |  |  | 160,852,961 | 154,927,652 | - | 5,925,309 | 2,584,170 | (229,000) | 8,280,479 | 68,000 | 27,360 | 8,375,839 |
|  |  |  | Rounding | - | 2 |  | (2) |  | (4) |  |  |  |  |
|  |  |  |  | 160,852,961 | 154,927,654 |  |  | 2,584,168 | (229,000) | 8,280,475 |  |  |  |
|  |  |  |  | *per Symbiont* | *per Symbiont* |  |  | *per Symbiont* | *per Symbiont* |  |  |  |  |

## The VanderBloemen Group LLC

Exhibit 150 - SCV Updated Commission Summary plus Interest per Summary Judgement Decision and Exhibit 149

|  |  |  |  |  | | Note 1 | Note 2 | |
|---|---|---|---|---|---|---|---|---|
|  | Other Fresh Market Completed jobs = 12 |  | 11,244 | 4,819 | (6,778) | 9,286 | 6,778 | 16,064 |

|  |  |  | Average | Average | Average | Average | Average | Average |
|---|---|---|---|---|---|---|---|---|
| 17TFM-015 | The Fresh Market #028 - Boca Raton, FL | | 11,244 | 4,819 | (6,778) | 9,286 | 6,778 | 16,064 |
| 17TFM-019 | The Fresh Market #171 - Naples, FL | | 11,244 | 4,819 | (6,778) | 9,286 | 6,778 | 16,064 |
| 17TFM-021 | The Fresh Market #021 - Fox Chapel Pitt, PA | | 11,244 | 4,819 | (6,778) | 9,286 | 6,778 | 16,064 |
| 17TFM-022 | The Fresh Market #192 | | 11,244 | 4,819 | (6,778) | 9,286 | 6,778 | 16,064 |
|  | **Sub-Total** | | **44,977** | **19,277** | **(27,111)** | **37,143** | **27,111** | **-** | **64,254** |

|  |  |  |  | A | B | C | D = A - B - C | J | E | F = D+J+E | G | H | I = F + G + H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | Contract Value | Job Cost per TVJ 6/25/20 AND BEFORE OVERHEAD ADJUSTMENT | Est. Cost to Complete as of Feb 28, 2019 per TVJ | Gross Profit | Project Fee Payout- IN JOB COST - UPDATED 6/25/20 | TVJ Overhead Adjustment - NOT IN JOB COST | Estimated Project Profit before Commissions at Completion | Add BACK TVJ Overhead Adjustment for FreshMarket | Add BACK Certain Costs on POST TERMINATION PROJECTS | Adjusted Gross Profit |
| *In Progress Jobs* | | | | | | | | | | | | | |
| 5 | 50 | Job#16KROG-010 | KRO-JEF | 7,345,939 | 7,186,898 | - | 159,041 | - | (7,000) | 152,041 | - | 78,617 | 230,658 |
| 3 | 51 | Job#16KROG-021 | Kro-WLAF J824 | 12,299,780 | 12,137,667 | - | 162,113 | - | (7,000) | 155,113 | - | 577,534 | 732,647 |
| 52 | 52 | Job#17-KROG-035 | Kroger - Muncie, IN | 2,147,306 | 1,997,876 | - | 149,429 | 64,041 | (7,000) | 206,470 | - | - | 206,470 |
| New | 53 | Job#18-MEN-001 | Menards-WH Addition Racine | 1,355,871 | 1,353,129 | - | 2,742 | - | (7,000) | (4,258) | - | 9,952 | 5,694 |
| New | 54 | Job#18-MEN-002 | Menards-WH Addition Burgtn | 967,500 | 925,143 | - | 42,357 | 13,395 | (7,000) | 48,752 | - | 6,521 | 55,273 |
| New | 55 | Job#18-MEN-016 | Menards-WH Addition Cheyenne, WY | 519,066 | 527,930 | - | (8,864) | - | (7,000) | (15,864) | - | 3,944 | (11,920) |
| New | 56 | Job#18-MEN-023 | Menards-Racine Phase II | 2,186,637 | 2,147,585 | - | 39,052 | - | (7,000) | 32,052 | - | 10,214 | 42,266 |
| *In Progress Projects* | | | | 26,822,098 | 26,276,227 | - | 545,871 | 77,436 | (49,000) | 574,307 | - | 686,783 | 1,261,090 |
|  | | **SUB-TOTAL** | | **187,675,059** | **181,203,879** | **-** | **6,471,180** | **2,661,606** | **(278,000)** | **8,854,786** | **68,000** | **714,143** | **9,636,928** |
|  | | **GRAND TOTAL** | | | | | **6,516,158** | **2,680,882** | **(305,111)** | **8,891,929** | **95,111** | **714,143** | **9,701,182** |

*Note 1 - the overhead deducted by Symbiont/TVJ in its 02/28/19 Commission Calculation for the Fresh Market projects has been added back as it is my understanding such deduction is not allowed.*

*Note 2- per discussion with Roumann and consideration of the original bid, these projects experienced a profit fade that would not have occurred had Roumann remained involved in the projects. In addition certain costs were reported by TVJ that required adjustment in determining the adjusted gross profit. The adjusted gross profit reported was computed with consideration given to the analysis of George Minnich as stated in his Expert Report issued in May 2019.*   30%

| | |
|---|---|
| Ron Total Available | **2,910,355** |
| Previously Paid | (2,352,709) |
| Sub-total | 557,646 |
| | |
| *Estimating Projects* | (68,036) | - |
| *Warranty Projects* | (80,722) | - |
| | |
| Total Commission Owed | 557,646 |
| | |
| Interest at 5% from 9/30/17 to present   8/19/2024   9/30/2017   2,516 | 192,197 |
| Updated Comission Calculation with Interest | 749,843 |