Summary of Corrections to Revised Kuhn Analysis

**KEY:** ^ denotes coding of commission under 1415 instead appropriate code.

| | | Per TVJ & Revised Kuhn Report | | | | | Adjustment to Cost Codes for Purposes of Commission Calculation | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Project Name | Job Number | Amount Received from Client (Trial Ex. 81 & 1003) | Revised Contract Value | Billed to Client | Total Cost | Profit per TVJ | 1115 Builders Risk | 1415 Office Supplies / Admin Costs | 1430 Estimating / 9999 Design, Bidding, Contracts | 1442 Admin/ Acct Assistant | 1443 Admin/ Acct Manager | 1446 Senior Project Manager / President | 9999 & 9995 Project Fee Payout / 0102 Overhead & Profit | Sum of Adjustments | Adjusted Net Realized Profit | Relevant Job Cost Detail Report |
| KRO ROS FIRE | 15KROG-003F | $ 88,701.02 | $ 88,701.02 | $ 88,701.02 | $ 77,925.21 | $ 10,775.81 | $ - | $ - | $ - | $ - | $ - | $ - | $ 4,618.21 ^ | $ 4,618.21 | $ 15,394.02 | Trial Ex. 1017 |
| KRO FIS MISC | 15KROG-018P | $ 35,790.88 | $ 36,666.25 | $ 35,790.88 | $ 36,666.25 | $ (875.37) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (875.37) | Trial Ex. 1018 |
| KRO BOW FIRE | 15KROG-025F | $ 18,286.74 | $ 18,637.74 | $ 18,286.74 | $ 17,116.35 | $ 1,170.39 | $ - | $ - | $ - | $ - | $ 560.00 | $ 360.00 | $ - | $ 920.00 | $ 2,090.39 | Trial Ex. 1019 |
| KRO SAN | 15KROG-002 | $ 9,918,020.02 | $ 9,918,020.02 | $ 9,918,020.02 | $ 9,700,533.38 | $ 217,486.64 | $ 6,854.00 | $ 2,460.98 | $ - | $ 12,996.55 | $ 2,241.02 | $ 21,250.27 SPM $ 23,435.47 RC $ 2,185.20 | $ 93,208.56 | $ 139,011.38 | $ 356,498.02 | Trial Ex. 1020 |
| KRO ROS | 15KROG-003 | $ 9,270,359.93 | $ 9,270,359.93 | $ 9,270,359.93 | $ 8,932,700.73 | $ 337,659.20 | $ 6,621.00 | $ 2,052.50 | $ - | $ 11,872.28 | $ 1,604.52 | $ 3,801.09 SPM $ 14,727.09 RC $ 10,926.00 | $ 144,711.09 | $ 170,662.48 | $ 508,321.68 | Trial Ex. 1021 |
| KRO WL | 15KROG-006 | $ 11,481,718.73 | $ 11,481,718.93 | $ 11,481,718.73 | $ 11,058,416.80 | $ 423,301.93 | $ 4,928.80 | $ 1,809.17 | $ - | $ 20,812.79 | $ 1,923.34 | $ 6,956.70 SPM $ 6,956.70 RC $ - | $ 181,415.11 | $ 217,845.91 | $ 641,147.84 | Trial Ex. 1022 |
| KRO STE FC | 15KROG-007 | $ 1,471,826.25 | $ 1,471,826.25 | $ 1,471,826.25 | $ 1,384,514.60 | $ 87,311.65 | $ 1,151.00 | $ 45.17 | $ - | $ 812.72 | $ 1,842.54 | $ - | $ 37,419.28 | $ 41,270.71 | $ 128,582.36 | Trial Ex. 1023 |
| KRO FIS | 15KROG-018 | $ 11,802,262.45 | $ 11,802,262.45 | $ 11,802,262.45 | $ 11,401,134.24 | $ 401,128.21 | $ 2,500.00 | $ 3,936.81 | $ 2,557.48 | $ 15,261.27 | $ 1,729.06 | $ 7,678.27 SPM $ 18,604.27 RC $ 10,926.00 | $ 171,964.64 | $ 205,627.53 | $ 606,755.74 | Trial Ex. 1024 |
| KRO FRA | 15KROG-022 | $ 11,154,694.14 | $ 11,154,694.14 | $ 11,154,694.14 | $ 10,559,661.62 | $ 595,032.52 | $ 2,500.00 | $ 5,343.39 | $ 1,482.79 | $ 14,021.50 | $ 1,571.87 | $ 6,522.70 SPM $ 17,448.70 RC $ 10,926.00 | $ 255,013.94 | $ 286,456.19 | $ 881,488.71 | Trial Ex. 1025 |
| KRO BOW | 15KROG-25 | $ 11,012,991.91 | $ 11,012,991.91 | $ 11,012,991.89 | $ 10,580,716.13 | $ 432,275.76 | $ 4,995.00 | $ 2,101.69 | $ - | $ 19,152.09 | $ 2,119.27 | $ 8,402.94 SPM $ 41,180.94 RC $ 32,778.00 | $ 185,101.19 | $ 221,872.18 | $ 654,147.94 | Trial Ex. 1026 |
| Indy South | 15MEN-001 | $ 2,685,022.29 | $ 2,685,022.29 | $ 2,685,022.29 | $ 2,521,345.74 | $ 163,676.55 | $ 1,791.00 | $ 2,800.45 | $ - | $ - | $ 11,779.61 | $ 3,476.69 SPM $ 51,551.09 RC $ 48,074.40 | $ 70,147.09 | $ 89,994.84 | $ 253,671.39 | Trial Ex. 1027 |
| Indy East | 15MEN-003 | $ 8,917,061.25 | $ 8,945,077.07 | $ 8,917,061.25 | $ 8,662,268.82 | $ 254,792.43 | $ 5,108.00 | $ 1,288.41 | $ - | $ - | $ 20,930.17 | $ - | $ 121,355.05 | $ 148,681.63 | $ 403,474.06 | Trial Ex. 1028 |
| B-SHOPS PH1 | 16GEN-064 | $ 143,595.55 | $ 143,595.55 | $ 143,595.55 | $ 123,464.00 | $ 20,131.55 | $ - | $ - | $ 3,046.28 | $ - | $ - | $ 145.12 SPM $ 145.12 RC $ - | $ 9,332.30 | $ 12,523.70 | $ 32,655.25 | Trial Ex. 1029 |
| KRO ROC RAIL | 16KROG-003P | $ 10,379.06 | $ 10,379.06 | $ 10,379.06 | $ 7,729.06 | $ 2,650.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,650.00 | Trial Ex. 1030 |
| KRO IND | 16KROG-006 | $ 12,696,385.74 | $ 12,696,385.74 | $ 12,696,385.74 | $ 12,260,582.98 | $ 435,802.76 | $ 4,265.00 | $ 2,388.28 | $ 19,574.72 | $ 16,159.71 | $ 1,046.60 | $ 7,907.60 SPM $ 64,722.80 RC $ 56,815.20 | $ 189,271.49 | $ 240,613.40 | $ 676,416.16 | Trial Ex. 1031 |
| KRO JEF | 16KROG-010 | $ 7,345,939.34 | $ 7,345,939.34 | $ 7,345,939.34 | $ 7,186,898.17 | $ 159,041.17 | $ - | $ 2,992.06 | $ 5,771.02 | $ 17,885.92 | $ 2,601.51 | $ 13,242.30 SPM $ 21,642.30 RC $ 8,400.00 | $ 0.10 | $ 42,492.91 | $ 201,534.08 | Trial Ex. 1032 |
| KRO FLU FC | 16KROG-015 | $ 1,430,827.24 | $ 1,430,827.24 | $ 1,430,827.24 | $ 1,383,566.80 | $ 47,260.44 | $ 1,000.00 | $ 553.89 | $ 8,139.40 | $ 2,630.75 | $ 1,345.48 | $ 3,169.59 SPM $ 3,169.59 RC $ - | $ 20,636.37 | $ 37,475.48 | $ 84,735.92 | Trial Ex. 1033 |
| KRO APP | 16KROG-019 | $ 206,531.50 | $ 206,531.50 | $ 206,531.50 | $ 181,669.40 | $ 24,862.10 | $ - | $ - | $ 2,319.53 | $ 1,372.40 | $ 324.26 | $ - | $ 10,660.64 | $ 14,676.83 | $ 39,538.93 | Trial Ex. 1034 |
| KRO FRA CLST | 17KROG-001 | $ 223,000.00 | $ 223,000.00 | $ 223,000.00 | $ 178,123.41 | $ 44,876.59 | $ - | $ - | $ - | $ 458.13 | $ - | $ - | $ 19,624.78 | $ 20,082.91 | $ 64,959.50 | Trial Ex. 1035 |
| GRAFTON ECR | 17KROG-004 | $ 70,528.04 | $ 70,528.04 | $ 70,528.04 | $ 53,357.71 | $ 17,170.33 | $ - | $ 527.86 | $ 5,148.18 | $ 340.82 | $ - | $ 106.99 SPM $ 106.99 RC $ - | $ 7,358.72 | $ 13,482.57 | $ 30,652.90 | Trial Ex. 1036 |
| MEQUON ECR | 17KROG-005 | $ 48,833.84 | $ 48,833.84 | $ 48,833.84 | $ 37,816.66 | $ 11,017.18 | $ - | $ - | $ 197.58 | $ 340.83 | $ - | $ 235.42 SPM $ 235.42 RC $ - | $ 4,721.65 | $ 5,495.48 | $ 16,512.66 | Trial Ex. 1037 |
| MKE ECR | 17KROG-007 | $ 44,749.14 | $ 44,749.14 | $ 44,749.14 | $ 32,936.12 | $ 11,813.02 | $ - | $ - | $ 191.04 | $ 340.75 | $ - | $ 214.02 SPM $ 214.02 RC $ - | $ 5,062.73 | $ 5,808.54 | $ 17,621.56 | Trial Ex. 1038 |
| GLENDALE ECR | 17KROG-008 | $ 72,964.54 | $ 72,964.54 | $ 72,964.54 | $ 49,471.29 | $ 23,493.25 | $ - | $ - | $ 197.57 | $ 341.76 | $ - | $ 256.81 SPM $ 256.81 RC $ - | $ 10,068.54 | $ 10,607.87 | $ 34,101.12 | Trial Ex. 1039 |
| SHOREWOOD ECR | 17KROG-009 | $ 73,768.64 | $ 73,768.64 | $ 73,768.64 | $ 50,161.64 | $ 23,607.00 | $ - | $ - | $ 150.52 | $ 327.39 | $ - | $ 256.81 SPM $ 256.81 RC $ - | $ 10,117.29 | $ 10,852.01 | $ 34,459.01 | Trial Ex. 1040 |

| Project | Code | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Col12 | Type | Amount | Col15 | Col16 | Col17 | Exhibit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | $ 5,146.54 | | | | |
| | | | | | | | | | | | | SPM | $ 5,146.54 | | | | |
| KRO MUN | 17KROG-035 | $ 2,147,305.50 | $ 2,147,305.50 | $ 2,147,305.50 | $ 1,997,876.40 | $ 149,429.10 | $ 1,006.00 | $ 657.29 | $ 5,885.06 | $ 6,858.21 | $ 1,643.30 | RC | $ - | $ 64,041.05 | $ 85,237.45 | $ 234,666.55 | Trial Ex. 1041 |
| KRO SAN Repair | 18KROG-006 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 8,089.47 | $ (4,089.47) | $ - | $ - | $ 89.47 | $ 59.01 | $ - | | | $ - | $ 148.48 | $ (3,940.99) | Trial Ex. 1054 |
| | | | | | | | | | | | | | $ 8,313.75 | | | | |
| | | | | | | | | | | | | SPM | $ 12,775.69 | | | | |
| | | | | | | | | | | | | RC | $ - | | | | |
| MEN WH Racine | 18MEN-001 | $ 1,355,871.16 | $ 1,355,871.16 | $ 1,355,871.16 | $ 1,353,130.82 | $ 2,740.34 | $ 2,709.98 | $ 433.84 | $ 3,045.94 | $ 8,618.94 | $ 1,335.17 | BF | $ 4,461.94 | $ - | $ 24,457.62 | $ 27,197.96 | Trial Ex. 1055 |
| | | | | | | | | | | | | | $ 3,583.00 | | | | |
| | | | | | | | | | | | | SPM | $ 3,583.00 | | | | |
| MEN WH BURLGTN | 18MEN-002 | $ 967,500.00 | $ 967,500.00 | $ 967,500.00 | $ 925,142.87 | $ 42,357.13 | $ 2,430.16 | $ 18.78 | $ 3,346.51 | $ 5,407.11 | $ 1,114.02 | RC | $ - | $ 13,394.66 | $ 29,294.24 | $ 71,651.37 | Trial Ex. 1056 |
| | | | | | | | | | | | | | $ 2,493.39 | | | | |
| | | | | | | | | | | | | SPM | $ 2,493.39 | | | | |
| MEN WH CHE | 18MEN-016 | $ 519,065.89 | $ 519,065.89 | $ 519,065.89 | $ 527,929.66 | $ (8,863.77) | $ 759.13 | $ 2,345.30 | $ 2,057.33 | $ 3,778.81 | $ 165.26 | RC | $ - | $ - | $ 11,599.22 | $ 2,735.45 | Trial Ex. 1057 |
| | | | | | | | | | | | | | $ 6,922.18 | | | | |
| | | | | | | | | | | | | SPM | $ 6,922.18 | | | | |
| MEN RAC II | 18MEN-023 | $ 2,186,626.72 | $ 2,186,626.72 | $ 2,186,626.72 | $ 2,147,584.62 | $ 39,042.10 | $ 1,055.30 | $ 1,173.71 | $ 1,590.88 | $ 9,098.56 | $ 1,115.44 | RC | $ - | $ - | $ 20,956.07 | $ 59,998.17 | Trial Ex. 1058 |
| | | | | | | | | | | | | | $ 20,051.97 | | | | |
| | | | | | | | | | | | | SPM | $ 92,038.25 | | | | |
| | | | | | | | | | | | | RC | $ 70,000.00 | | | | |
| KRO WLAF | 16KROG-021 | $ 12,299,779.34 | $ 12,299,779.34 | $ 12,299,779.34 | $ 11,597,973.50 | $ 701,805.84 | $ 6,905.00 | $ - | $ 2,501.43 | $ 25,575.08 | $ 4,620.67 | | $ 1,986.28 | $ - | $ 59,654.15 | $ 761,459.99 | Trial Ex. 1085 |

| | | |
|---|---|---|
| Subtotal | $ 2,172,419.99 | $ 6,840,302.37 |
| 30% of Subtotal | $ 651,726.00 | $ 2,052,090.71 |
| 07/25/2024 Kuhn Report Concedes: | | $ 147,102.00 |
| Total Owed to Roumann | | $2,199,192.71 |

$2,199,192.71