# The VanderBloemen Group LLC

SCV Updated Chart to Include Exhibits 148 & 151 and Updated Interest Calculations Through Date of Trial

| | | | | | A | B | C | D = A - B - C | J | E | F = D - E + J | G | H | I = F + G + H |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Job Detail Report | | Computed Revenue - For Completed Projects = Amt Received from Client | Job Cost per TVJ Feb 19 Comm Sheet - INCLUDES PROJECT FEE | Est. Cost to Complete | Gross Profit | Project Fee Payout-included in Job Cost - UPDATED 4/3/19 | TVJ Overhead Adjustment - NOT IN JOB COST | TVJ Project Profit prior to commission | Add BACK TVJ Overhead Adjustment for FreshMarket | Add Back Costs from Exhibit 151 - Net of TVJ OH Adj. | Adjusted Gross Profit |
| TVG # per 2/13/18 & 4/5/18 Reports | TVJ 2/28/19 Commission Calc Order of Projects | Job # | Description | | | | | | | | | | | |
| 21 | 1 | Job#11-MEN-001 | Menards - Dayton OH | | 4,462,767 | 4,257,157 | - | 205,610 | 87,513 | - | 293,123 | - | - | 293,123 |
| 22 | 2 | Job#12-MEN-002 | Menards - Chesterfield, MI | | 6,004,803 | 5,921,462 | - | 83,341 | 36,572 | - | 119,913 | - | - | 119,913 |
| 23 | 3 | Job#12-MEN-005 | Menards - Springfield, IL | | 7,226,681 | 7,133,806 | - | 92,875 | 41,969 | - | 134,844 | - | - | 134,844 |
| 24 | 4 | Job#12-MEN-008 | Menards - Cedar Falls, IA | | 2,827,608 | 2,781,149 | - | 46,459 | 34,966 | - | 81,425 | - | - | 81,425 |
| 25 | 5 | Job#12-MEN-012 | Menards - St. Peters, MO | | 4,675,155 | 4,424,309 | - | 250,846 | 107,506 | - | 358,352 | - | - | 358,352 |
| 28 | 6 | Job#12-MEN-016 | Menards - Livonia, MI | | 6,411,765 | 6,376,379 | - | 35,386 | 20,264 | - | 55,650 | - | - | 55,650 |
| 26 | 7 | Job#12-MEN-018 | Menards - Cheyenne, WY | | 3,901,746 | 3,674,398 | - | 227,348 | 100,620 | - | 327,968 | - | - | 327,968 |
| 27 | 8 | Job#12-MEN-019 | Menards - Evendale, OH | | 6,248,254 | 6,071,644 | - | 176,610 | 76,031 | - | 252,641 | - | - | 252,641 |
| 29 | 9 | Job#12-MEN-021 | Menards - Manchester, MO | | 4,407,342 | 4,413,655 | - | (6,313) | 1,157 | - | (5,156) | - | - | (5,156) |
| 32 | 10 | Job#13-KROG-003 | Kroger - Rochester, MI | | 4,407,099 | 4,291,117 | - | 115,982 | 47,519 | - | 163,501 | - | - | 163,501 |
| 33 | 11 | Job#14-KROG-007 | Kroger - Farmington, MI | | 789,786 | 754,172 | - | 35,614 | 15,263 | - | 50,877 | - | - | 50,877 |
| 34 | 12 | Job#14-KROG-017 | Kroger - Sterling Heights, MI | | 4,217,718 | 4,025,121 | - | 192,597 | 82,542 | - | 275,139 | - | - | 275,139 |
| 31 | 13 | Job#14-MEN-001 | Menards - Jamestown, ND | | 11,364,772 | 10,613,082 | - | 751,690 | 322,153 | - | 1,073,843 | - | - | 1,073,843 |
| 36 | 14 | Job#15-KRO-003F | Kroger - Roseville, MI Fire | | 88,701 | 77,925 | - | 10,776 | 4,618 | (7,000) | 8,394 | - | - | 8,394 |
| 41 | 15 | Job#15-KRO-018P | Kroger - Fishers, IN misc | | 35,791 | 36,666 | - | (875) | - | (7,000) | (7,875) | - | (1) | (7,875) |
| 42 | 16 | Job#15-KRO-025F | Kroger - Bowling Green Fire | | 18,287 | 17,116 | - | 1,171 | 456 | (7,000) | (5,373) | - | 1,024 | (4,350) |
| 38 | 17 | Job#15-KROG-002 | Kroger - Sandusky, OH | | 9,918,020 | 9,700,533 | - | 217,487 | 93,209 | (7,000) | 303,696 | - | 45,802 | 349,498 |
| 35 | 18 | Job#15-KROG-003 | Kroger - Roseville, MI | | 9,270,360 | 8,932,701 | - | 337,659 | 144,711 | (7,000) | 475,370 | - | 25,952 | 501,322 |
| 2 | 19 | Job#15KROG-006 | Kroger - D-759 | | 11,481,718 | 11,058,417 | - | 423,301 | 181,415 | (7,000) | 597,716 | - | 36,432 | 634,148 |
| 1 | 20 | Job#15KROG-007 | Kroger-D449FC-ST HTS Fuel CTR | | 1,471,826 | 1,384,515 | - | 87,311 | 37,419 | (7,000) | 117,730 | - | 3,852 | 121,582 |
| 40 | 21 | Job#15-KROG-018 | Kroger - Fishers, IN | | 11,802,262 | 11,401,134 | - | 401,128 | 171,965 | (7,000) | 566,093 | - | 38,033 | 604,126 |
| 39 | 22 | Job#15-KROG-022 | Kroger - Franklin, IN | | 11,154,694 | 10,559,662 | - | 595,032 | 255,014 | (7,000) | 843,046 | - | 31,443 | 874,489 |
| 6 | 23 | Job#15KROG-025 | KROGER - N878 | | 11,012,992 | 10,580,716 | - | 432,276 | 185,101 | (7,000) | 610,377 | - | 36,771 | 647,148 |
| 8 | 24 | Job#15MEN-001 | MENARDS - INDY SOUTH | | 2,685,022 | 2,521,346 | - | 163,677 | 70,147 | (7,000) | 226,824 | - | 19,848 | 246,671 |
| 7 | 25 | Job#15MEN-003 | MENARDS - INDY EAST | | 8,917,061 | 8,662,269 | - | 254,792 | 121,355 | (7,000) | 369,147 | - | 27,327 | 396,474 |
| **53** | **26** | *Job#16-GEN-064* | *Southport Raod B Shops* | | *143,596* | *123,464* | *-* | *20,132* | *9,332* | *(7,000)* | *22,464* | *-* | *3,191* | *25,655* |
| 37 | 27 | Job#16-KRO-003P | Kroger - Rochester, MI Rail | | 10,379 | 7,729 | - | 2,650 | - | (7,000) | (4,350) | - | (0) | (4,350) |
| 4 | 28 | Job#16KROG-006 | Kroger - IND J989 | | 12,696,386 | 12,260,583 | - | 435,803 | 189,271 | (7,000) | 618,074 | - | 27,274 | 645,348 |
| 51 | 29 | *Job#16-KROG-015* | *Kroger - Flushing, MI fuel center* | | *1,430,827* | *1,383,567* | *-* | *47,260* | *20,636* | *(7,000)* | *60,897* | *-* | *18,526* | *79,423* |
| 44 | 30 | Job#16-KROG-019 | Kroger - Appleton, WI | | 206,532 | 181,669 | - | 24,862 | 10,661 | (7,000) | 28,523 | - | 4,016 | 32,539 |
| 45 | 31 | Job#17-KROG-001 | Kroger - KRO CLIST ADDIT Franklin, IN | | 223,000 | 178,123 | - | 44,877 | 19,625 | (7,000) | 57,501 | - | 2,099 | 59,600 |
| 46 | 32 | Job#17-KROG-004 | Kroger - Grafton, WI | | 70,528 | 53,358 | - | 17,170 | 7,359 | (7,000) | 17,529 | - | 6,124 | 23,653 |
| 47 | 33 | Job#17-KROG-005 | Kroger - Mequon, WI | | 48,834 | 37,817 | - | 11,017 | 4,722 | (7,000) | 8,739 | - | 774 | 9,513 |
| 48 | 34 | Job#17-KROG-007 | Kroger - Milwaukee, WI | | 44,749 | 32,936 | - | 11,813 | 5,063 | (7,000) | 9,876 | - | 5,243 | 15,119 |
| 49 | 35 | Job#17-KROG-008 | Kroger - Glendale, WI | | 72,965 | 49,471 | - | 23,493 | 10,069 | (7,000) | 26,562 | - | 539 | 27,101 |
| 20 | 36 | Job#17KROG-009 | KRO-Roundys 893 | | 73,769 | 50,162 | - | 23,607 | 10,117 | (7,000) | 26,724 | - | 735 | 27,459 |
| 19 | 37 | Job#17TFM-002 | *THE FRESH MARKET #217* | | 76,708 | 64,517 | - | 12,191 | 5,225 | (7,000) | 10,416 | 7,000 | - | 17,416 |
| 11 | 38 | Job#17TFM-003 | *THE FRESH MARKET #043* | | 90,001 | 77,257 | - | 12,744 | 5,462 | (7,000) | 11,206 | 7,000 | - | 18,206 |
| 50 | 39 | Job#17-TFM-004 | *The Fresh Market - Asheville, NC* | | 91,341 | 84,306 | - | 7,035 | 3,015 | (7,000) | 3,050 | 7,000 | - | 10,050 |
| 17 | 40 | Job#17TFM-006 | *THE FRESH MARKET #155* | | 83,324 | 72,821 | - | 10,503 | 4,501 | (7,000) | 8,004 | 7,000 | - | 15,004 |
| 9 | 41 | Job#17TFM-007 | *THE FRESH MARKET #025* | | 86,666 | 76,757 | - | 9,909 | 4,247 | (7,000) | 7,156 | 7,000 | - | 14,156 |
| 10 | 42 | Job#17TFM-008 | *THE FRESH MARKET #026* | | 85,762 | 71,023 | - | 14,739 | 6,317 | (7,000) | 14,056 | 7,000 | - | 21,056 |
| 18 | 43 | Job#17TFM-009 | *THE FRESH MARKET #189* | | 71,951 | 62,784 | - | 9,167 | 3,929 | (7,000) | 6,096 | 7,000 | - | 13,096 |
| 12 | 44 | Job#17TFM-010 | *THE FRESH MARKET #068* | | 87,976 | 74,267 | - | 13,709 | 5,875 | (7,000) | 12,584 | 7,000 | - | 19,584 |
| 16 | 45 | Job#17TFM-011 | *THE FRESH MARKET #128* | | 75,918 | 63,521 | - | 12,397 | 5,313 | (5,000) | 12,710 | 5,000 | - | 17,710 |
| 14 | 46 | Job#17TFM-012 | *THE FRESH MARKET #103* | | 111,820 | 103,214 | - | 8,606 | 3,689 | | 12,295 | - | - | 12,295 |
| 13 | 47 | Job#17TFM-013 | *THE FRESH MARKET #073* | | 77,373 | 63,163 | - | 14,210 | 6,090 | | 20,300 | - | - | 20,300 |
| 15 | 48 | Job#17TFM-014 | *THE FRESH MARKET #115* | | 86,325 | 76,603 | - | 9,722 | 4,167 | | 13,889 | - | - | 13,889 |
| 54 | 49 | *Job#18-KROG-006* | *Sandusky Perkins Ave Repair* | | *4,000* | *8,089* | *-* | *(4,089)* | *-* | *(7,000)* | *(11,089)* | *7,000* | *148* | *(3,941)* |
| 43 | | | | | - | - | - | - | | | - | | | - |
| **Completed Projects** | | | | | 160,852,961 | 154,927,652 | - | 5,925,309 | 2,584,170 | (229,000) | 8,280,479 | 68,000 | 335,151 | 8,683,630 |
| | | | Rounding | | - | 2 | - | | (2) | | (4) | | | |
| | | | | | 160,852,961 | 154,927,654 | | | 2,584,168 | (229,000) | 8,280,475 | | | |
| | | | | | **per Symbiont** | **per Symbiont** | | | **per Symbiont** | **per Symbiont** | | | | |

Note 1

# The VanderBloemen Group LLC

SCV Updated Chart to Include Exhibits 148 & 151 and Updated Interest Calculations Through Date of Trial

| | | | | | | | | | Note 1 | | | Note 2 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Other Fresh Market Completed jobs = 12 | | | 11,244 | 4,819 | (6,778) | 9,286 | 6,778 | | | | 16,064 |
| | | | | | Average | Average | Average | Average | Average | | | | Average |
| 17TFM-015 | | The Fresh Market #028 - Boca Raton, FL | | | 11,244 | 4,819 | (6,778) | 9,286 | 6,778 | | | | 16,064 |
| 17TFM-019 | | The Fresh Market #171 - Naples, FL | | | 11,244 | 4,819 | (6,778) | 9,286 | 6,778 | | | | 16,064 |
| 17TFM-021 | | The Fresh Market #021 - Fox Chapel Pitt, PA | | | 11,244 | 4,819 | (6,778) | 9,286 | 6,778 | | | | 16,064 |
| 17TFM-022 | | The Fresh Market #192 | | | 11,244 | 4,819 | (6,778) | 9,286 | 6,778 | | | | 16,064 |
| | | **Sub-Total** | | | 44,977 | 19,277 | (27,111) | 37,143 | 27,111 | | | - | 64,254 |

| | | | | | **A** | **B** | **C** | **D = A - B - C** | **J** | **E** | **F = D+J+E** | **G** | | | **H** | **I = F + G + H** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *In Progress Jobs* | | | | | Contract Value | Job Cost per TVJ 6/25/20 AND BEFORE OVERHEAD ADJUSTMENT | Est. Cost to Complete as of Feb 28, 2019 per TVJ | Gross Profit | Project Fee Payout- IN JOB COST - UPDATED 6/25/20 | TVJ Overhead Adjustment - NOT IN JOB COST | Estimated Project Profit before Commissions at Completion | Add BACK TVJ Overhead Adjustment for FreshMarket | Addback Legal Costs | Addback other costs | Add Back Costs from Exhibit 151 - Net of TVJ OH Adj. | Adjusted Gross Profit |
| 5 | 50 | Job#16KROG-010 | KRO-JEF | | **7,345,939** | **7,186,898** | - | 159,041 | - | (7,000) | 152,041 | - | 6,264 | 38,624 | 41,569 | 238,498 |
| 3 | 51 | Job#16KROG-021 | Kro-WLAF J824 | | **12,299,780** | **11,597,973** | - | 701,807 | - | (7,000) | 694,807 | - | | | 52,654 | 747,461 |
| | | Job#16KROG-021 | Kro-WLAF J824 - mead & hunt | | | **539,694** | - | (539,694) | - | - | (539,694) | | 126,085 | 400,000 | - | (13,609) |
| 52 | 52 | Job#17-KROG-035 | Kroger - Muncie, IN | | **2,147,306** | **1,997,876** | - | 149,429 | - | (7,000) | 142,429 | - | | | 78,237 | 220,667 |
| New | 53 | Job#18-MEN-001 | Menards-WH Addition Racine | | **1,355,871** | **1,353,129** | - | 2,742 | - | (7,000) | (4,258) | - | | | 17,082 | 12,824 |
| New | 54 | Job#18-MEN-002 | Menards-WH Addition Burgtn | | **967,500** | **925,143** | - | 42,357 | - | (7,000) | 35,357 | - | | | 22,294 | 57,651 |
| New | 55 | Job#18-MEN-016 | Menards-WH Addition Cheyenne, WY | | **519,066** | **527,930** | - | (8,864) | - | (7,000) | (15,864) | - | | | 4,599 | (11,265) |
| New | 56 | Job#18-MEN-023 | Menards-Racine Phase II | | **2,186,637** | **2,147,585** | - | 39,052 | - | (7,000) | 32,052 | - | | | 13,956 | 46,008 |
| *In Progress Projects* | | | | | 26,822,098 | 26,276,227 | - | 545,871 | - | (49,000) | 496,871 | - | 132,349 | 438,624 | 230,391 | 1,298,235 |
| | | **SUB-TOTAL** | | | **187,675,059** | **181,203,879** | **-** | **6,471,180** | **2,584,170** | **(278,000)** | **8,777,350** | **68,000** | **132,349** | **438,624** | **565,542** | **9,981,865** |
| | | **Final Adjustment to Exhibit 151** | | | | | | | | | | | | | | **(21,747)** |
| | | **GRAND TOTAL** | | | | | | **6,516,158** | **2,603,446** | **(305,111)** | **8,814,493** | **95,111** | **132,349** | **438,624** | **565,542** | **10,024,372** |

*Note 1 - the overhead deducted by Symbiont/TVJ in its 02/28/19 Commission Calculation for the Fresh Market projects has been added back as it is my understanding such deduction is not allowed.*

| | | | | | 30% |
|---|---|---|---|---|---|
| Ron Total Available | | | | | **3,007,312** |
| Previously Paid | | | | | (2,352,709) |
| Sub-total | | | | | 654,603 |
| | | | | | |
| *Estimating Projects* | | | | (68,036) | - |
| *Warranty Projects* | | | | (80,722) | - |
| | | | | | |
| Total Commission Owed | | | | | 654,603 |
| | | | | | |
| Interest at 5% from 9/30/17 to present | 8/19/2024 | 9/30/2017 | 2,516 | | 225,614 |
| | | | | Subtotal | 880,216 |
| | | | | | |
| Employment agreement commission - Updated by Exhibits 145 & 146 | | | | | 450,686 |
| Interest at 5% from 3/25/15 to present | 8/19/2024 | 3/25/2015 | 3,436 | | 212,131 | 662,817 |
| | | | | | |
| Invoice 1 | | | | | 58,686 |
| Invoice 12 | | | | | 2,024 |
| Invoice 13 | | | | | 15,690 |
| Invoice 14 | | | | | 45,000 |
| Invoice 16 | | | | | 1,445 |
| Interest at 5% from 9/30/17 to present | 8/19/2024 | 9/30/2017 | 2,516 | | 42,339 |
| | | | | Subtotal | 165,184 |
| | | | | **TOTAL** | **$ 1,708,217** |