

Writer: Scott R. Halloin, Esq.
Writer's Direct Dial: 414-734-2411
Writer's Email: shalloin@halloinlawgroup.com

December 11, 2024

<u>VIA EFILING</u>

Honorable Lynn S. Adelman
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

      RE:    Roumann Consulting Inc. and Ronald Rousse v. T.V. John & Son, Inc., and The Kroger Co.
              Eastern District of Wisconsin Case No. 17-CV-1407

Dear Judge Adelman:

      The parties have reached a settlement in principle in the above-referenced case and are circulating a formal agreement. The parties expect to be able to file a joint motion to dismiss with prejudice and without costs later today or early tomorrow.

      As such, the meeting with the Court's staff on Monday, December 16, 2024, at 2:30 pm and the trial scheduled to begin on Tuesday, December 17, 2024, can be removed from the Court's calendar.

      We thank you for your efforts in this matter.

                            Very truly yours,

                            */s/ Scott R. Halloin*

                            Scott R. Halloin

SRH/kmn
cc:    Andrew S. Oettinger, Esq. (via Efiling)
       Christie B. Carrino, Esq. (via Efiling)